AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

Circumventing internal accounting controls of an issuer, in violation of Title 15, United States Code Sections 78m(b)(5) and 78ff.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years prison sentence, $1,000,000 fine, 3 years supervised release, $100 special assessment.

E-filing

--- DEFENDANT - U.S. ---

▶ ANDREW FELDMAN

DISTRICT COURT NUMBER

CR 07    0731

FILED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT ---    CRB

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges       ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Elise Becker

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

CR07-731/CRB

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

E-filing

FILED
NOV 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRB

| UNITED STATES OF AMERICA, | ) | CR 07    0731 |
| --- | --- | --- |
| Plaintiff, | ) | No. |
| | ) | VIOLATION: 15 U.S.C. §§ 78m(b)(5) and |
| v. | ) | 78ff - Circumventing Internal Controls of an Issuer |
| ANDREW FELDMAN, | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

In or about August 2001, in the Northern District of California and elsewhere, the defendant

ANDREW FELDMAN

did knowingly and willfully, directly and indirectly, circumvent the accounting controls of

Riverstone, a publicly traded company that was required to comply with the regulations of the

Securities and Exchange Commission.

//

//

//

INFORMATION

1   All in violation of Title 15, United States Code, Sections 78m(b)(5) and 78ff.

3   DATED: November 7, 2007        SCOTT N. SCHOOLS
                                   United States Attorney

                                   /s/ Brian J. Stretch
                                   BRIAN J. STRETCH
                                   Chief, Criminal Division

9   (Approved as to form: /s/ Elise Der )
                           AUSA Becker

INFORMATION                        2