SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415)436-6878
Facsimile: (415) 436-7234
elise.becker@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | **NOTICE OF RELATED CASE IN A CRIMINAL ACTION** |
| Plaintiff, ) ) | No. CR 07-733 SI |
| v. ) ) ) | |
| LEROY JOHN KERN, ) ) | |
| Defendant. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Plaintiff, ) ) | No. CR 07-731 CRB |
| v. ) ) | |
| ANDREW FELDMAN, ) ) | |
| Defendant. ) | |

NOTICE OF RELATED CASE IN A CRIMINAL ACTION
CR 07-733 SI; CR 07-731 CRB; C 06-6384 CRB     1

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>          Plaintiff,  )<br>  v.  )<br>ROMULUS S. PEREIRA,  )<br>ROBERT B. STANTON,  )<br>L. JOHN KERN,  )<br>ANDREW D. FELDMAN,  )<br>WILLIAM F. MCFARLAND,  )<br>LORI H. CORNMESSER.  )<br>          Defendants.  ) | No. C 06-6384 CRB |

The United States, by and through the above counsel of record, hereby submits this Notice of Related Case in a Criminal Action pursuant to Criminal Local Rule 8-1. The United States contends that the criminal case against defendant KERN is related to the other criminal case against defendant FELDMAN and the pending civil case against KERN, FELDMAN and others, because they involve the same defendants, and allege similar conduct relating to the recognition of revenue at Riverstone Networks, Inc. In the interest of judicial economy, the government contends that the criminal case against defendant KERN should be related to the two other cases previously assigned to Judge Breyer.

On November 15, 2007, the United States Attorney for the Northern District of California filed a felony information charging defendant KERN with one count of circumventing internal accounting controls, in violation of 15 U.S.C. §§ 78m(b)(5) and 78ff. The Securities and Exchange Commission (SEC) had previously filed complaints against several defendants, including defendant KERN, relating to similar conduct.

The United States contends that the three matters are related because the cases center around the same alleged conduct involving two of the same defendants. Accordingly, the assignment of the most recent case to the same judge who has handled and will handle all other related proceedings would conserve judicial resources and promote an efficient determination of the

1  criminal matter pursuant to Criminal Local Rule 8-1(c)(4).

3  DATED: November 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ELISE BECKER
Assistant United States Attorney