DAVID J. SCHINDLER (CA Bar No. 130490)
david.schindler@lw.com
ROBERT W. PERRIN (CA Bar No. 194485)
robert.perrin@lw.com
TERRI L. LILLEY (CA Bar No. 222764)
terri.lilley@lw.com
Attorneys for Defendant Andrew Feldman
LATHAM & WATKINS LLP
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-07-731-CRB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER PERMITTING TRAVEL** |
| v. | |
| ANDREW FELDMAN,, | |
| Defendant. | |

WHEREAS, prior to entry of his plea of Guilty and sentencing on December 12, 2007, Andrew Feldman had notified the government of his plans to travel to Zihuatanejo, Mexico, leaving on December 18, 2007 and returning on December 28, 2007;

WHEREAS on December 12, 2007, at his initial appearance, Magistrate Judge James agreed to the pre-approved travel and instructed Mr. Feldman to surrender his passport to his counsel upon his return and further instructed Mr. Feldman to obtain consent of the government and approval of the court for any foreign travel;

WHEREAS, upon his return Mr. Feldman agrees to surrender his passport to defense counsel upon his return as instructed by Magistrate James, but not later than January 2, 2008;

WHEREAS, upon his conviction and sentencing to three (3) years probation on December 12, 2007, Mr. Feldman requires authorization of the Court for international travel;

LA\1807410.1                                1

WHEREAS, the United States Probation Office for the Northern District of California, San Francisco, has indicated no objection to Mr. Feldman's travel, only that because Mr. Feldman is currently being processed into its system, the Probation Office is unable to make any recommendation at this time with regard to travel permissions; and

WHEREAS, the United States has no objection to Mr. Feldman's request.

IT IS HEREBY STIPULATED that Defendant Andrew Feldman shall, upon the Court's approval and order, be permitted to travel to Zihuatanejo, Mexico leaving on December 18, 2007 and returning on December 28, 2007.

DATED: December 13, 2007.

| For the United States: | For Andrew Feldman |
|---|---|
| s/Timothy P. Crudo | s/Terri L. Lilley |
| Timothy P. Crudo, Esq. (Bar no. 143835) | Terri L. Lilley, Esq. |
| ASSISTANT UNITED STATES ATTORNEY | LATHAM & WATKINS LLP |
| NORTHERN DISTRICT OF CALIFORNIA | 633 West Fifth, Suite 4000 |
| 450 Golden Gate Avenue, Box 36055 | Los Angeles, CA 90071-2007 |
| San Francisco, CA 94102 | |

SO ORDERED that Andrew Feldman is permitted to travel to Zihuatanejo, Mexico leaving on December 18, 2007 and returning on December 28, 2007.

FURTHER ORDERED that upon his return, Mr. Feldman shall surrender his passport to defense counsel no later than January 2, 2007.

Dated: December 14, 2007



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

LA\1807410.1