**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

UNITED STATES OF AMERICA,                     No. CR-07-0731 CRB

11                    Plaintiff,               **SEALING ORDER PURSUANT TO GENERAL ORDER 54**

12          v.

13    ANDREW FELDMAN,

14                    Defendant.
                                        /
15

16      The following documents in this action are placed under seal and shall not be opened

17    except by the United States Sentencing Commission for its eyes only and shall not be

18    transmitted or otherwise opened except by order of this court upon application.

        ☒      Post Sentence Report
19
        ☐      Plea Agreement
20
        ☐      Statement of Reasons
21
        ☐      _____
22             (Other)

23    **IT IS SO ORDERED.**

24

25                                            _____
      Dated:  December 13, 2007               CHARLES R. BREYER,
26                                             UNITED STATES DISTRICT JUDGE

27
28