| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: **Frank Justiliano** |

**CRIMINAL MINUTES**

Date: **December 12, 2007**

Reporter: Catherine Edwards

**Case No: CR- 07-0731-CRB**     **DEFT:** __Andrew Feldman__

( X )Present    ( )Not Pres    ( )In Custody

AUSA: Elise Becker          DEF ATTY: David Schindler

**REASON FOR HEARING** __Change of Plea and Sentencing__

---

**RESULT** __Defendant is placed under oath, enters a plea of guilty. The Court accepts the plea and defendant is adjudged guilty. Parties waive preparation of PSR, and the Court proceeds into sentencing.__

Motions (if any) to be filed no later than _____

Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for**_____

**JUDGMENT**____ __Probation of 3 years under the standard conditions set forth.    Fine of $5,000.00.__
__Special assessment of $100.00.   Fine and assessment stayed until December 17, 2007 by 5:00 p.m.__

Notes: _____