12/17/2007 02:54 PM EDT

Version 7.0

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **US V FELDMAN** | | | | | | | |
| | Case No. DCAN307CR000731 | | | | | | | | | |
| 001 | ANDREW FELDMAN | 504100 | FINE-CRIME VICTIMS FUND | 5,000.00 | 0.00 | CT 34611013544 | 0 | PR | 5,000.00 | 12/13/2007 |
| 001 | ANDREW FELDMAN | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611013544 | 0 | PR | 100.00 | 12/13/2007 |
| | | | | | | Division Payment Total | | | 5,100.00 | |
| | | | | | | Grand Total | | | 5,100.00 | |

Cr 07-731 CRB

FILED
DEC 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$ 100.00  SPECIAL ASSESSMENT PAID IN FULL   an 12-13-07

$ 5000.00  FINE PAID IN FULL   an 12-13-07

Page 1 of 1