DAVID J. SCHINDLER (CA Bar No. 130490)
david.schindler@lw.com
ROBERT W. PERRIN (CA Bar No. 194485)
robert.perrin@lw.com
TERRI L. LILLEY (CA Bar No. 222764)
terri.lilley@lw.com
Attorneys for Defendant Andrew Feldman
LATHAM & WATKINS LLP
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW FELDMAN,<br><br>Defendant. | No. CR-07-731-CRB<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PROBATION AND PERMITTING TRAVEL DURING PROBATION PERIOD** |

    WHEREAS, prior to entry of his plea of Guilty and sentencing on December 12, 2007, and thereafter, Andrew Feldman has made permitted trips outside the Northern District of California (the "District") and outside the United States and successfully has returned and been available for all legal proceedings as required;

    WHEREAS, Mr. Feldman's business requires travel both outside the District and outside the United States;

    WHEREAS, at Mr. Feldman's sentencing on December 12, 2007, the Court imposed standard terms and conditions of probation, which include restrictions on travel;

    WHEREAS, the United States Probation Office for the Northern District of California has no objection to relaxation of those restrictions on Mr. Feldman's travel; and

    WHEREAS, the United States has no objection to relaxation of those restrictions on Mr. Feldman's travel.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

   IT IS HEREBY STIPULATED that Defendant Andrew Feldman shall be permitted, upon the Court's approval and order, to travel for business purposes outside the District and outside the United States during his probation without further order of the Court. Mr. Feldman shall notify the United States Probation Office for the Northern District of California, substantially in the form of Exhibit A hereto, of all travel plans outside the District.

DATED: January 31, 2008.

| For the United States: | For the United States Probation Office: |
|---|---|
| s/Elise Becker | s/Janie Zhuang |
| Elise Becker (Bar no. NYSBN 2540730) | Janie Zhuang |
| ASSISTANT UNITED STATES ATTORNEY | PROBATION OFFICER |
| NORTHERN DISTRICT OF CALIFORNIA | NORTHERN DISTRICT OF CALIFORNIA |
| 450 Golden Gate Avenue, Box 36055 | 280 South 1st Street, Suite 106 |
| San Francisco, CA 94102 | San Jose, CA 95113 |

For Andrew Feldman

s/Terri Lilley
Terri Lilley (Bar no. 222764)
LATHAM & WATKINS LLP
633 West Fifth, Suite 4000
Los Angeles, CA  90071-2007

   SO ORDERED that the terms of Andrew Feldman's conditions of probation are modified and by this Order, Andrew Feldman shall be permitted to travel for business purposes outside the District and outside the United States during his probation without further order of the Court. Mr. Feldman shall notify the United States Probation Office for the Northern District of California, substantially in the form of Exhibit A hereto, of all travel plans outside the District.

Dated: February ___, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

LA\1807410.2