# TRAVEL NOTIFICATION FORM

PACTS No.:

| Name: | |
|---|---|
| Address: | Home Phone: |
|  | Work Phone: |
| Probation Officer: | Facsimile: |

## TRAVEL DESTINATION

Destination:

| Departure Date: | Return Date: |
|---|---|

Purpose of Trip:

Person(s) Traveling Together and Relationship:

## CONTACT INFORMATION DURING TRAVEL

| Address: | Phone: |
|---|---|
|  | Facsimile: |

## MODE OF TRANSPORTATION

☐ Vehicle - Year:    Make:    Color:    License Plate No:
   Owner of Vehicle:

☐ Air –    <u>Airline</u>    <u>Flight No.</u>    <u>Time</u>    <u>Airport</u>
   Departure:
   Return:
   ☐ Copy of Itinerary is attached.

☐ Other Mode of Travel (specify):

I declare under penalty of perjury that the above information is true and correct:

Signature:                                              Date:

Approved: (by Probation Office)

Signature:                                              Date: